U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 06-10032-01 |
| VERSUS | : U.S. DISTRICT JUDGE DEE D. DRELL |
| JANICE RAYE HUFFMAN | : MAGISTRATE JUDGE JAMES D. KIRK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

CONSIDERING the above and foregoing **Motion for Trial Setting Beyond 70 Days of Initial Appearance**:

IT IS ORDERED that the **Motion for Trial Setting Beyond 70 Days of Initial Appearance** of defendant, JANICE RAYE HUFFMAN, be accepted and made a part of the record of this prosecution.

IT IS FURTHER ORDERED that the trial of the prosecution may commence and be held outside and beyond the limits provided in the Speedy Trial Act, 18 U.S.C. 3161, et seq. *FURTHER THE PROSECUTION MUST INITIATE A TELEPHONE CONFERENCE WITH DEFENSE COUNSEL AND THE COURT ON OR BEFORE DECEMBER 15, 2006 TO SET A FIRM TRIAL DATE.*

THUS DONE AND SIGNED on this 29 day of November 2006 at Alexandria, Louisiana.

DENIED _____ (crossed out)

GRANTED ___X___

_____
UNITED STATES DISTRICT JUDGE